# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** *(For Revocation of Supervised Release)* |
| v. | Case Number: 09-cr-00392-CMA-01 |
| DAVID ALLEN SUSSMAN | USM Number: 07309-068 |
| | John F. Sullivan, III, Appointed *(Defendant's Attorney)* |

**THE DEFENDANT:** Admitted guilt to violation, 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law (Sex Assault - 10 Year Age Difference) | 05/14/2009 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 27, 2011
Date of Imposition of Judgment

*/s/ Christine M. Arguello*
Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

6/6/11
Date

DEFENDANT: DAVID ALLEN SUSSMAN
CASE NUMBER: 09-cr-00392-CMA-01 Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-one (21) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

                                     UNITED STATES MARSHAL

                                  By_____
                                          Deputy United States Marshal

DEFENDANT: DAVID ALLEN SUSSMAN
CASE NUMBER: 09-cr-00392-CMA-01

Judgment-Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of fifteen (15) months.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

DEFENDANT: DAVID ALLEN SUSSMAN
CASE NUMBER: 09-cr-00392-CMA-01                                Judgment-Page 4 of 6

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

3) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

4) The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment as directed by the probation officer. Such program may include polygraph, plethysmograph and Abel examinations, as directed by the probation officer. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

DEFENDANT: DAVID ALLEN SUSSMAN
CASE NUMBER: 09-cr-00392-CMA-01                              Judgment-Page 5 of 6

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 2:01CR00241-001(WD/PA) | $0.00 | $0.00 | $94,998.24 |
| 2:02CR00102-001 and 2:02CR00104-001(WD/PA) | $0.00 | $0.00 | $96,480.64 |
| **TOTALS** | $0.00 | $0.00 | $191,478.88 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Please see attached | $94,998.24 | $94,998.24 | |
| Regions Bank | $19,631.00 | $19,631.00 | |
| Lighthouse Community Bank | $4,470.21 | $4,470.21 | |
| First National Bank | $25,050.00 | $25,050.00 | |
| Liberty Savings Bank | $8,138.36 | $8,138.36 | |
| Gil Courchene | $6,161.80 | $6,161.80 | |
| Edward D. Eldar, Tarzana Watches and Jewelry | $12,729.27 | $12,729.27 | |
| Michael Emery | $5,250.00 | $5,250.00 | |
| Damian Frilot | $15,050.00 | $15,050.00 | |
| **TOTALS** | $191,478.88 | $191,478.88 | |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: DAVID ALLEN SUSSMAN
CASE NUMBER: 09-cr-00392-CMA-01                                                          Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The balance of the monetary obligation is due and payable immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) restitution principal.

Victim List

| Name | Company/Organization | Address | City | State | Zip | Amount Due |
|---|---|---|---|---|---|---|
| | PHOTOGRAPHERS | | | | | |
| Goldsmith, Robert | Dale R. Hagen Artist in Photography | 2 Weaver St, Apt 307 | Fall River | MA | 02720 | $ 150.00 |
| Hagen, Dale | Frontier Foto | 226 Elliot St | Grand Haven | MI | 49417 | $ 150.00 |
| Maydew, Thomas | | 299 Yellowstone | Pocatello | ID | 83201 | $ 185.00 |
| Belker, Mark | Belker Photography, Inc. | 117 S. Morgan St. | Chicago | IL | 60607 | $ 200.00 |
| Lamb, Heather | M.E. Photography | P.O. Box 429357 | Cincinnati | OH | | $ 200.00 |
| Smith, Dwight | Dwight Smith | 1554 W. Jacinto Ave. | Mesa | AZ | 85202 | $ 203.00 |
| Baer, Jim | Jim Baer Photography | 3111 West Yakima Ave. | Yakima | WA | 98902 | $ 208.29 |
| Craig, Chris | Craig's Photography | P.O. Box 13577 | Spokane | WA | 99213 | $ 210.00 |
| Wheeler, Gary | Gary Wheeler Photography | P.O. Box 19450 | Shreveport | LA | 71149 | $ 236.00 |
| Lambert, | Lambert Photography | 5050 Pearblossom Dr. | Riverside | CA | 92507 | $ 250.00 |
| Salgado, Frances | | 175E 3rd Ave. | Portland | OR | 97214 | $ 275.00 |
| Lyle, Steve | Lyle's HiS Photography | 5510X Moss Rd. | South Bend | IN | 46628 | $ 350.00 |
| Grant, Tom | Thomas Alan Grant Photography | P.O. Box 598282 | Dallas | TX | 75356 | $ 400.00 |
| Beanland, Russell | Adair Photography | 3010 Charter Rock | San Antonio | TX | 78230 | $ 450.00 |
| Smith, Beverly | Michigan Photo Service | 333E. Jefferson Ave. | Detroit | MI | 48226 | $ 577.46 |
| Ham, Nathan | Nathan Ham Photography | 320 NW Laurent | Topeka | KS | 66608 | $ 599.75 |
| Johnson, Art | Memories in Minutes | 2416 Dawson Rd | Albany | GA | 31707 | $ 624.44 |
| Lanning, John | | 11109 Calico Lane #1821 | Arlington | TX | 76011 | $ 800.00 |
| Blomberg, Greg | Greg Blomberg, Inc. | 2513 Hallmark St. | Grand Prairie | TX | 75052 | $ 821.00 |
| Chase, Susan | | 3700 Prairie Rd. | White Bear Lake | MN | 55110 | $ 900.00 |
| Treadwell, Don | Treadwell Photography | 111 S. Washington St | San Angelo | TX | 76901 | $ 907.87 |
| Williams, Roger | Williams Photography and Video | 503 Iveys Scenic Dr. | Albany | GA | 31707 | $ 2,424.47 |
| Willard, Bill | Bill Willard Photography | 1115 W. Boise Ave. | Boise | ID | 83706 | $ 175.00 |
| Birchard, Paul | Adept Images | Box 8453 | Riverside | CA | 92505 | $ 800.00 |
| | | | | | Subtotal | $ 12,081.28 |
| | OTHER | | | | | |
| Tomcic, Guy | August Color Lab | 8619 Lexington Pl | Wexford | PA | 15090 | $ 13,500.00 |
| | | | | | Subtotal | $ 13,500.00 |
| | ORGANIZATIONS | | | | | |
| | AIKIDO INSTITUTE OF MICHIGAN | 1200 COLUMBIA AVE. EAST | BATTLE CREEK | MI | 49014-5159 | $ 344.20 |
| | AMERICAN MARTIAL ARTS ACADEMY | 135 W ORMSLY DR | OXFORD | WI | 53952 | $ 220.48 |
| | ANDERSON'S TAE KWON DO CENTER | 1215 SOUTH SCHILLER STREET | LITTLE ROCK | AR | 72202-5239 | $ 597.95 |
| | AVIATION HIGH SCHOOL | 45-30 36TH ST | LONG ISLAND CITY | NY | 11101-1835 | $ 1,225.48 |
| | BELL'S KARATE STUDIO (NOW HUNTSVILLE MARTIAL ARTS ACADEMY | 407 JORDAN LANE NW | HUNTSVILLE | AL | 35805-2623 | $ 501.65 |
| | BEST KARATE | 310 WEST CHELTON AVENUE | PHILADELPHIA | PA | 19144 | $ 167.18 |
| | BETHUNE HIGH SCHOOL | 302 NORWOOD STREET | BETHUNE | SC | 29009 | $ 115.70 |
| | BLYTHEVILLE HIGH SCHOOL | 600 NORTH 10TH ST | BLYTHEVILLE | AR | 72315 | $ 304.35 |
| | BOONE GROVE HIGH SCHOOL | 260 SOUTH 500 WEST | VALPARAISO | IN | 46385 | $ 149.15 |
| | CARL STONE SELF DEFENSE UNLIMITED | 1702 WEST BAY DRIVE | LARGO | FL | 33770 | $ 1,155.40 |
| | CENTRAL HIGH SCHOOL | 2425 TUXEDO STREET | DETROIT | MI | 48216 | $ 1,921.83 |
| | CHAPMAN HIGH SCHOOL | 35 OAKLAND AVE | INMAN | SC | 29349-1598 | $ 439.00 |
| | CHARLESTOWN HIGH SCHOOL | 240 MEDFORD ST | BOSTON | MA | 02129 | $ 327.20 |
| | CHOI KWANG DO INSTITUTE OF MONROE | 407 TELEGRAPH ROAD | MONROE | MI | 48161 | $ 511.03 |
| | CHOI'S MARTIAL ARTS (AKA CHAI'S) | 1080 WEST PATRICK STREET UNIT 528 | FREDERICK | MD | 21703 | $ 1,997.67 |

Prepared by:
Alan Coley
Postal Inspector
412-359-7900

Victim List

| Name | Company/Organization | Address | City | State | Zip | Amount Due |
|---|---|---|---|---|---|---|
| | CLINTON HIGH SCHOOL | 600 EAST CLINTON ST | CLINTON | MO | 64735 | $ 595.03 |
| | CODY HIGH SCHOOL (AKA FRANK CODY HS) | 18445 CATHEDRAL STREET | DETROIT | MI | 48135 | $ 296.37 |
| | COTTONWOOD CLOGGERS | 2537 CARSON HWY | ADRIAN | MI | 49341 | $ 317.84 |
| | DAVITA'S GYM | 9454 HWY 78 | LADSON | SC | 29456-3903 | $ 1,014.50 |
| | DENBY HIGH SCHOOL | 12800 KELLEY ROAD | DETROIT | MI | 48224 | $ 435.63 |
| | DESERT FAMILY TAEKWONDO | 40-100 WASHINGTON STREET STE. 107 | BERMUDA DUNES | CA | 92201 | $ 518.83 |
| | DOBBINS TAE KWON DO ACADEMY | NEW BRIDGE SHOPPING CENTER | ASHEVILLE | NC | 28804 | $ 485.20 |
| | DROUILARDS KARATE | 1101 EAST 1ST ST | VIDALIA | GA | 30474 | $ 428.70 |
| | DUNCAN POLYTECHNICAL HIGH SCHOOL | 4039 EAST GARLAND STREET | FRESNO | CA | 93726 | $ 178.03 |
| | EAST BANK HIGH SCHOOL | 301 WEST 34TH STREET | BELLE | WV | 25015 | $ 497.31 |
| | EAST DUPLIN HIGH SCHOOL | 394 NORTH NC 111 HWY | BEAULAVILLE | NC | 28518 | $ 249.47 |
| | EASTERN RANDOLPH HIGH SCHOOL | 390 EASTERN RANDOLPH RD | RAMSEUR | NC | 27316 | $ 782.23 |
| | EAST-WEST CONNECTION | 5728 SOUTH 108 STREET | HALE'S CORNERS | WI | 53130 | $ 734.85 |
| | EISENHOWER HIGH SCHOOL | 52ND AND WEST GORE BLVD | LAWTON | OK | 73505 | $ 839.10 |
| | ELIZABETH M PARISH DAY CARE CENTER | 1696 TL THREADGILL ROAD | CAMDEN | AL | 36726 | $ 135.80 |
| | ELY HIGH SCHOOL | 1201 NW 6TH AVE | POMPANO BEACH | FL | 33060 | $ 1,101.25 |
| | END OF THE RAINBOW DAY CARE, INC. | 800 LOMBARD ROAD | RED LION | PA | 17356 | $ 1,335.35 |
| | ESTACADO HIGH SCHOOL | 1504 EAST ITASCA STREET | LUBBOCK | TX | 79403 | $ 308.52 |
| | FAIRFAX HIGH SCHOOL | 7850 MELROSE AVENUE | LOS ANGELES | CA | 90046 | $ 557.72 |
| | FOREVER YOUNG INC | 4051 EAST COUNTY LINE ROAD | ERIE | CO | 80516 | $ 267.30 |
| | FORT KNOX HIGH SCHOOL | 7501 MISSOURI ST. | FORT KNOX | KY | 40121 | $ 70.00 |
| | FRANKFORD HIGH SCHOOL | OXFORD AVE AND WAKELING ST | PHILADELPHIA | PA | 19124 | $ 628.38 |
| | FRANKLIN K LANE HIGH SCHOOL | 999 JAMAICA AVENUE | BROOKLYN | NY | 11208 | $ 510.00 |
| | GLASGOW HIGH SCHOOL | 1901 S COLLEGE AVE | NEWARK | DE | 19711 | $ 352.00 |
| | GOOD SHEPHERD DAY CARE | 1401 4TH STREET SW | MINOT | ND | 58701 | $ 335.55 |
| | GREENFIELD HIGH SCHOOL | 4800 S 60TH STREET | GREENFIELD | WI | 53220 | $ 690.85 |
| | GREENSBORO BLACK BELT ACADEMY | 4620-A WEST MARKET STREET | GREENSBORO | NC | 27407 | $ 239.60 |
| | HATTIESBURG HIGH SCHOOL | 301 HUTCHINSON AVE | HATTIESBURG | MS | 39401 | $ 463.91 |
| | HIGHLAND PARK HIGH SCHOOL | 2424 CALIFORNIA | TOPEKA | KS | 66605 | $ 1,180.07 |
| | HILLCREST HIGH SCHOOL | 4184 GRACELAND DRIVE | MEMPHIS | TN | 38116 | $ 1,722.68 |
| | JENNINGS HIGH SCHOOL | 8850 COZAN AVENUE | JENNINGS | MO | 63136 | $ 601.98 |
| | KARATE FOR KIDS | | | | | |
| | KENWOOD HIGH SCHOOL | 501 STEMMER'S RUN ROAD | BALTIMORE | MD | 21221 | $ 44.42 |
| | KID'S KINGDOM | 1724 N GRANT AVE | ODESSA | TX | 79761 | $ 389.90 |
| | KIDS GYM | 111 JOSEPHINE | PRESCOTT | AZ | 86301 | $ 707.90 |
| | LAKE NORMAN TAI KWON DOW | 135 STUTTS RD #4 | MOORESVILLE | NC | 28117 | $ 75.80 |
| | LAKEVIEW HIGH SCHOOL | 134 MADISON AVE | CAMPTI | LA | 71411 | $ 1,003.10 |
| | LAUREL HIGH SCHOOL | 7305 LOUISIANA HWY 9 | LAUREL | MD | 20707 | $ 952.73 |
| | LEW WALLACE HIGH SCHOOL | 8200 CHERRY LN | GARY | IN | 46408 | $ 2,120.60 |
| | LIL BADGER DEN, INC. | 415 W 45TH AVENUE | BENNINGTON | NE | 68007 | $ 543.88 |
| | LINDBLOOM TECH HIGH SCHOOL | 6130 SOUTH WOLCOTT | CHICAGO | IL | 60638 | $ 143.76 |
| | MADISON HIGH SCHOOL | 15321 SOUTH 2ND STREET | REXBURG | ID | 83440 | $ 500.69 |
| | MANASSAS HIGH SCHOOL | 781 FIRESTONE BLVD | MEMPHIS | TN | 38107 | $ 686.79 |
| | MARTIAL ARTS FOR LIFE | 2784 273TH ST | SALEM | WI | 53168 | $ 5.00 |
| | MARTIAL ARTS OF AMERICA | 946 OLD STATE RT 74, #1 | CINCINNATI | OH | 45245 | $ 539.38 |
| | MEDICAL LAKE HIGH SCHOOL | 200 EAST BANKER STREET | MEDICAL LAKE | WA | 99022 | $ 665.45 |
| | METRO KARATE | 16370 WAGNER WAY | EDEN PRAIRIE | MN | 55344 | $ 1,023.42 |
| | MIDDLETOWN HIGH SCHOOL | 504 S BROAD STREET | MIDDLETOWN | DE | 19709 | $ 459.80 |
| | MIDFIELD HIGH SCHOOL | 1600 HIGHSCHOOL ROAD | MIDFIELD | AL | 35228 | $ 644.10 |
| | MILBY HIGH SCHOOL | 1601 BROADWAY STREET | HOUSTON | TX | 77012 | $ 499.25 |
| | | | | | | $ 1,557.97 |

Prepared by:
Alan Coley
Postal Inspector
412-359-7900

Prepared by:
Alan Coley
Postal Inspector
412-359-7800

Victim List

| Name Company/Organization | Address | City | State | Zip | Amount Due |
|---|---|---|---|---|---|
| MILLERS MARTIAL ARTS | 819 MARKET STREET | SUNBURY | PA | 17801 | $ 847.00 |
| NATIONAL KARATE SCHOOLS | 1865 BEAM DRIVE | MAPLEWOOD | MN | 55109 | $ 836.40 |
| NORTH BRUNSWICK HIGH SCHOOL | 1 SCORPION DR. / P.O. BOX 340 OLD FAYETTE RD | LELAND | NC | 28451 | $ 875.46 |
| NORWALK HIGH SCHOOL | 32 CALVIN MURPHY DR | NORWALK | CT | 06851 | $ 1,336.55 |
| OMEGA MARTIAL ARTS | 1562 NORTH PARK STREET | CASTLE ROCK | CO | 80104 | $ 840.45 |
| PADEN CITY HIGH SCHOOL | 201 N 4TH AVE | PADEN CITY | WV | 26159 | $ 247.70 |
| PALO DURO HIGH SCHOOL | 1400 N GRANT STREET | AMARILLO | TX | 79107 | $ 1,347.42 |
| PARKER HIGH SCHOOL | 300 8TH AVE NORTH | BIRMINGHAM | AL | 35204 | $ 878.90 |
| PEASES TAE KWON DO | 107 W MARKET STREET | BLAIRSVILLE | PA | 15717 | $ 422.53 |
| PIKEVIEW HIGH SCHOOL | 3566 EADS MILL RD | PRINCETON | WV | 24740 | $ 550.20 |
| PINKSTON HIGH SCHOOL | 2200 DENNISON STREET | DALLAS | TX | 75212 | $ 348.99 |
| PRINCETON HIGH SCHOOL | 1397 STAFFORD DRIVE | PRINCETON | WV | 24740 | $ 81.80 |
| PROFESSIONAL KARATE CENTER | 6821 UNIVERSITY AVE | MIDDLETOWN | WI | 53562 | $ 47.90 |
| RAINBOW EXPRESS DAY CARE | 754 NORTH ARTHUR | POCATELLO | ID | 83204 | $ 39.75 |
| RAMSEY HIGH SCHOOL | 1600 13TH AVE SOUTH | BIRMINGHAM | AL | 35205 | $ 42.90 |
| ROBERT SUMMERS AMHERST | 2600 KENSINGTON AVENUE | AMHERST | NY | 14226 | $ 807.47 |
| ROGER L PUTNAM HIGH SCHOOL | 300 STATE ST | SPRINGFIELD | MA | 01109 | $ 753.00 |
| ROOSEVELT HIGH SCHOOL | 730 NORTH 25TH AVENUE | GARY | IN | 46407 | $ 18.90 |
| RUBIDOUX HIGH SCHOOL | 4250 OPAL STREET | RIVERSIDE | CA | 92509 | $ 543.30 |
| SCOTT WEYANTS KARATE | 42 COURT STREET | TAUNTON | MA | 02780 | $ 483.80 |
| SCOTTSBORO HIGH SCHOOL | 102 LEGION DRIVE | SCOTTSBORO | AL | 35768 | $ 422.97 |
| SILVA'S TAE KWON DO | 430 COUNTY ST | NEW BEDFORD | MA | 02740 | $ 1,082.75 |
| SOUTH OAK CLIFF HIGH SCHOOL | 3601 S MARSALIS STREET | DALLAS | TX | 75216 | $ 365.31 |
| SWANSBORO HIGH SCHOOL | 823 S MAIN STREET | SWANSBORO | GA | 30401 | $ 267.54 |
| TAE KWON DO ACADEMY | 4308 SOUTH FLORIDA AVE | LAKELAND | FL | 33813-1654 | $ 3,022.40 |
| THE FALLS JUNIOR ACADEMY | 2326 FIRST AVE NORTH | GRET FALLS | MT | 59401 | $ 192.40 |
| THE OPEN SCHOOL | 414 SOUTH 24TH STREET | LARAMIE | WY | 82070 | $ 326.90 |
| TLC GYMNASTICS CENTER | 150 FRONT ST | ROME CITY | IN | 46784 | $ 2,147.30 |
| TOPEKA WEST HIGH SCHOOL | 2001 SW FAIRLAWN RD | TOPEKA | KS | 66604 | $ 98.70 |
| TRUMAN HIGH SCHOOL | 221 PINE STREET | TRUMAN | AR | 72956 | $ 483.80 |
| UNITED MARTIAL ARTS INSTITUTE | 7203 16TH AVENUE | BROOKLYN | NY | 11204 | $ 191.40 |
| VICKSBURG HIGH SCHOOL | 3701 DRUMMOND STREET | VICKSBURG | MS | 39180 | $ 3,077.76 |
| WAUKEGAN HIGH SCHOOL | 2325 BROOKSIDE AVENUE | WAUKEGAN | IL | 60085 | $ 679.18 |
| WAYNE COUNTY HIGH SCHOOL | 1355 WEST ORANGE ST | JESUP | GA | 31545 | $ 760.85 |
| WAYNE OWEN FIGHTING ARTS | 113 SOUTHEAST K STREET | GRANTS PASS | OR | 97526 | $ 1,482.30 |
| WEST VALLEY HIGH SCHOOL | 9206 ZIER RD | YAKIMA | WA | 98901 | $ 209.44 |
| WESTERN HILLS HIGH SCHOOL | 3800 BOSTON AVE | FORT WORTH | TX | 76116 | $ 1,568.57 |
| WESTOVER HIGH SCHOOL | 2600 PARTRIDGE LANE | ALBANY | GA | 31707 | $ 1,036.20 |
| WESTPORT HIGH SCHOOL | 315 EAST 39TH STREET | KANSAS CITY | MO | 64111 | $ 946.64 |
|  |  |  |  | Subtotal | $ 69,418.96 |